DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
S. PATRICK KELLY, State Bar #275031
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:      (415) 554-3837
E-Mail:          patrick.kelly@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(Erroneously sued as City of San Francisco)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLARK FRESHMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 23-cv-05703-CRB<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SETTING CASE MANAGEMENT CONFERENCE TO ALLOW FOR APPROVAL OF SETTLEMENT**<br><br>Date Action Filed:     November 6, 2023 |
|---|---|

WHEREAS Plaintiff Clark Freshman ("Plaintiff") and Defendant City and County of San Francisco ("City") (together with Plaintiff the "Parties") participated in a mediation with the Hon. David Garcia (Ret.) on July 10, 2024;

WHEREAS Judge Garcia agreed to offer the Parties a further mediation session in the hope of reaching settlement;

WHEREAS the Parties have reached a settlement agreement conditioned on approval by the appropriate authorities of the City;

WHEREAS the City is diligently proceeding with obtaining the necessary approvals to finalize the settlement;

WHEREAS the Parties expect to be able to file a dismissal with prejudice once the settlement is approved;

WHEREAS the Parties wish to avoid a waste of the Court's resources, Judge Garcia's time, and the Parties' resources while the settlement is finalized;

NOW THEREFORE THE PARTIES STIPULATE AND REQUEST as follows:

1. The Parties respectfully request that all deadlines in this case be vacated until a case management conference to be set at least ninety (90) days from today;

2. The Parties respectfully request that the Court set a case management conference at least ninety (90) days from today, at the Court's convenience, with the expectation that a dismissal can be filed in advance of such a conference;

3. If, for any reason, any Officer or Board of the City rejects the proposed settlement in this case, the City shall so inform the Court and request a Case Management Conference as soon as possible.

SO STIPULATED.

Dated:  August 7, 2024

    DAVID CHIU
    City Attorney
    JENNIFER E. CHOI
    Chief Trial Deputy
    S. PATRICK KELLY
    Deputy City Attorney

By: */s/ S. Patrick Kelly*
    S. PATRICK KELLY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 7, 2024    REIN & CLEFTON

By: */s/ Aaron Clefton*
    AARON CLEFTON, Esq.

Attorneys for Plaintiff
CLARK FRESHMAN

*Pursuant to L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory*.

Joint Notice of Settlement; Stip. [~~Proposed~~] Order
Freshman. v. CCSF; Case No. 23-cv-05703-CRB
2
n:\lit\li2023\240422\01778128.docx

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

A Joint Case Management Statement or Dismissal due by November 8, 2024.

1. A case management conference in this matter is set for   November 15, 2024 at 8:30 a.m.   ;

2. All deadlines in this case are vacated until that case management conference;

3. If, for any reason, any Officer or Board of the City rejects the proposed settlement in this case, the City shall so inform the Court and request a Case Management Conference as soon as possible.

IT IS SO ORDERED.

DATE:   August 8, 2024

_____
HON. CHARLES R. BREYER
United States District Judge