DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
S. PATRICK KELLY, State Bar #275031
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3856
Facsimile:      (415) 554-3837
E-Mail:          patrick.kelly@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO
(Erroneously sued as City of San Francisco)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLARK FRESHMAN, | Case No. 23-cv-05703-CRB |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL** ORDER |
| vs. | Date Action Filed:     November 6, 2023 |
| CITY OF SAN FRANCISCO, | |
| Defendant. | |

TO THE HONORABLE COURT AND THE CLERK OF THE HONORABLE COURT:

A settlement agreeable to all parties has been reached in the above-captioned matter. The parties respectfully request that this case be dismissed with prejudice.

SO STIPULATED.

Dated: September 26, 2024

                                                DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
S. PATRICK KELLY
Deputy City Attorney

By: */s/S. Patrick Kelly*
    S. PATRICK KELLY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: September 25, 2024        REIN & CLEFTON

By: */s/Aaron Clefton*
    AARON CLEFTON, Esq.

Attorneys for Plaintiff
CLARK FRESHMAN

*\*Pursuant to L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, the Court DISMISSES this action with Prejudice.

IT IS SO ORDERED.

DATE: September 27, 2024

_____
HON. CHARLES R. BREYER
United States District Judge